UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 01-885-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA

vs.

JOSE LUIS BERMUDEZ,
         Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses with prejudice the indictment against defendant JOSE LUIS BERMUDEZ, in the above-referenced case.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: _____      _____
                                               HONORABLE DONALD MIDDLEBROOKS
                                               UNITED STATES DISTRICT JUDGE